VAN VLECK et al., Respondents, v. ENOS et al., Appellants.

(*Supreme Court, General Term, Fourth Department.* February 13, 1892.)

No opinion. Order modified so as to allow a new trial upon payment of the costs of the action as taxed by the clerk of Madison county, and further modified by striking out the last two paragraphs thereof as they appear in the appeal book.

---

### In re YOUMANS.

(*Supreme Court, General Term, Fourth Department.* February 13, 1892.)

No opinion. Motion denied, without prejudice to motion to dismiss the proceedings on notice to the petitioner. For former reports, see 6 N. Y. Supp. 946; 8 N. Y. Supp. 944.

---

BOYD, Respondent, v. BASSETT, Appellant.

(*Supreme Court, General Term, Fifth Department.* January 22, 1892.)

No opinion. Motion for reargument or for leave to appeal to the court of appeals denied. See 16 N. Y. Supp. 10.

---

COLE, Respondent, v. ROBY, Appellant.

(*Supreme Court, General Term, Fifth Department.* January 22, 1892.)

No opinion. Motion for reargument or for leave to appeal to the court of appeals denied. For decision on appeal, see 16 N. Y. Supp. 20.

---

DUNHAM, Appellant, v. WORTHY, Respondent.

(*Supreme Court, General Term, Fifth Department.* January 22, 1892.)

Action by Percy Dunham against Marion P. Worthy.

No opinion. The court declines to consider this appeal for the reason that the appeal book does not contain a decision in writing filed by the court pursuant to section 1010 of Code Civil Proc., nor any direction for the final or interlocutory judgment to be entered pursuant to section 1021.

---

FISK, Overseer of the Poor, Respondent, v. BOLTON, Appellant.

(*Supreme Court, General Term, Fifth Department.* January 22, 1892.)

Action by Corydon Fisk, as overseer of the poor of the town of Hume, against Fred P. Bolton.

No opinion. Judgment of county court of Allegany county appealed from affirmed, with costs.

---

GALUSHA, Appellant, v. GALUSHA et al., Respondents.

(*Supreme Court, General Term, Fifth Department.* January 22, 1892.)

Action by Sarah F. Galusha against Norman H. Galusha and others.

No opinion. Interlocutory judgment appealed from affirmed. See 9 N. Y. Supp. 948, *mem.*

---

HANKINS, Respondent, v. NEW YORK, L. E. & W. R. Co., Appellant.

(*Supreme Court, General Term, Fifth Department.* January 22, 1892.)

No opinion. Motion to amend order denied. For former report, see 8 N. Y. Supp. 272.